# Gary L. Cutler, P.C.
Attorney-At-Law
160 Broadway, Suite 600
New York, NY  10038

Tel.:  (212) 227-4358
Cell:  (917) 628-9062
Email:  garycutlerlaw@gmail.com

February 24, 2021

Hon. Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

Re:  United States v. Reynaldo Vasquez, Ind. No. 15-252-PKC

Dear Judge Chen:

On behalf of Mr. Reynaldo Vasquez, I write to join the motion to compel discovery filed by Defendants Hernan Lopez and Carlos Martinez (Docket Nos. 1444 and 1495), as that motion was expanded by Defendant Full Play Group S.A. in a letter dated February 11, 2021 (Docket No. 1497) to include additional entities in that discovery.  Defendant Vasquez joins in the arguments and requests advanced by Defendants Lopez and Martinez and Defendant Full Play Group S.A.

As is pointed out in page 3 of the February 11 letter, the discovery sought by all three parties would be of assistance to Mr. Vasquez in preparing his defense to Count One.

Respectfully submitted,

Gary L. Cutler, P.C.

By: _____
Gary L. Cutler