

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SPN:MKM

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 8, 2021

By ECF

The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re: United States v. Reynaldo Vasquez, et al.
> Criminal Docket No. 15-252 (S-3) (PKC)

Dear Judge Chen:

The government respectfully writes to request access to the financial affidavits of defendant Reynaldo Vasquez filed <u>ex parte</u> and under seal at ECF Docket Numbers 1487 and 1498. The defendant has informed the government that he anticipates making an application for pretrial release on bail. The government requests access to the financial affidavits for the purpose of assessing the defendant's assets as they bear on his risk of flight. The government has conferred with counsel for the defendant and he consents to this request.

Respectfully submitted,

MARK J. LESKO
Acting United States Attorney

By:   /s/
Samuel P. Nitze
M. Kristin Mace
Keith D. Edelman
Patrick T. Hein
Kaitlin T. Farrell
Assistant U.S. Attorneys
(718) 254-7000

cc: Counsel of record (by ECF)
Clerk of Court (PKC) (by ECF)