# Gary L. Cutler, P.C.
Attorney-At-Law
160 Broadway, Suite 600
New York, NY  10024

Tel.: (917) 628-9062
Email: garycutlerlaw@gmail.com

April 11, 2021

Hon. Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  <u>United States v. Reynaldo Vasquez</u>, 15-cr 252 (S-3) (PKC)

Dear Judge Chen:

     I write to present Mr. Vasquez's pre-trial release proposal.  The United States Attorney's Office has consented to the proposal.  We are proposing a hearing on Thursday, April 15, at either 2 pm or 4 pm or at Your Honor's convenience.

     Mr. Vasquez will sign a $1 million appearance bond, cosigned by his sister-in-law, Ana L. Ariza ("Laura"), and her husband, Jose Ariza.  Mr. Vasquez will be on home confinement with location monitoring in Houston at the home of his other sister-in-law, Marina Cruz.  Mr. Vasquez will be allowed the usual reasons to leave the home including to attend religious services, medical visits and to attend Court in the Eastern District of New York.  When Mr. Vasquez is released, his son, Javier Vasquez, will assist him with travelling to Houston.  I respectfully request that the order include the ability to travel to Houston by car and back again to Brooklyn for court appearances.

     Laura and Jose Ariza's address and phone are:

          REDACTED
          REDACTED, TX  REDACTED

          Laura Ariza's phone:  REDACTED
          Jose Ariza's phone:  REDACTED

     Marina Cruz's address and phone are:

          REDACTED
          REDACTED TX
          REDACTED

Marina Cruz's phone: REDACTED

Laura Ariza works at REDACTED and makes $18 per hour. Please see the attached paystubs. Laura Ariza grossed $1,178.10 and netted $972.98 during the pay period 3/7/21 to 3/20/21. During the pay period 2/21/21 to 3/6/21, Ms. Ariza grossed $1,245.60 and netted $1,026.32.

Jose Ariza works at REDACTED. For the pay period 3/6/21 to 3/19/21, Mr. Ariza grossed $3,011.44 and netted $2,228.48. For the pay period 2/20/21 to 3/5/21, Mr. Ariza grossed $2,607.97 and netted $1,931.29.

Marina Cruz does not work.

The U.S. Attorney's Office, by AUSA Kristen Mace, will be proposing additional conditions, for example, that Mr. Vasquez have no contact with any of his co-defendants.

Sincerely,

Gary L. Cutler, P.C.

By: \_/s/ Gary L. Cutler\_\_\_\_
Gary L. Cutler

Enc.

REDACTED
REDACTED TX REDACTED

Ana L. Ariza
REDACTED
REDACTED TX
REDACTED

**Employee Pay Stub**  Check number: DD   Pay Period: 03/07/2021 - 03/20/2021   Pay Date: 03/26/2021

**Employee**
Ana L. Ariza, REDACTED
TX 77573

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Sick | Accrued | Used | Available |
|---|---|---|---|---|---|---|---|---|
| Hourly | 65:27 | 18.00 | 1,178.10 | 6,150.30 | Current | 2:00 | 0:00 | 4:00 |
| Sick Hourly | | | | 432.00 | YTD | 6:00 | 24:00 | |
| Holiday Pay | | | | 126.00 | | | | |
| | 65:27 | | 1,178.10 | 6,708.30 | | | | |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -115.00 | -649.00 |
| Social Security Employee | -73.04 | -415.91 |
| Medicare Employee | -17.08 | -97.27 |
| | -205.12 | -1,162.18 |

**Net Pay**   972.98   5,546.12

.REDACTED
REDACTED TX REDACTED

Ana L. Ariza
1REDACTED
REDACTED, TX
REDACTED

| Employee Pay Stub | | Che **Employee** DD | | Pay Period: 02/21/2021 - 03/06/2021 | | Pay Date: 03/12/2021 |
|---|---|---|---|---|---|---|

Ana L. Ariza, REDACTED

City, TX 77573

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Sick | Accrued | Used | Available |
|---|---|---|---|---|---|---|---|---|
| Hourly | 69:12 | 18.00 | 1,245.60 | 4,972.20 | Current | 2:00 | 0:00 | 2:00 |
| Sick Hourly | | | | 432.00 | YTD | 4:00 | 24:00 | |
| Holiday Pay | | | | 126.00 | | | | |
| | 69:12 | | 1,245.60 | 5,530.20 | | | | |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -124.00 | -534.00 |
| Social Security Employee | -77.22 | -342.87 |
| Medicare Employee | -18.06 | -80.19 |
| | -219.28 | -957.06 |

| Net Pay | 1,026.32 | 4,573.14 |
|---|---|---|

     

REDACTED

**Pay Statement**

| | |
|---|---|
| Period Start Date | 03/06/2021 |
| Period End Date | 03/19/2021 |
| Pay Date | 03/26/2021 |
| Document | 408704 |
| Net Pay | $2,228.48 |

## Pay Details

| | | | | |
|---|---|---|---|---|
| JOSE ARIZA | Employee Number | REDACTED | Pay Group | 5 Owned |
| REDACTED | SSN | XXX-XX-XXXX | Location | REDACTED |
| REDACTED USA | Job | Service Manager | Site | REDACTED |
| | Pay Rate | $28.5600 | | |
| | Pay Frequency | Biweekly | | |

## Earnings

| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| Drive Time | | | 0.0000 | $0.0000 | $0.00 | $28.56 |
| Group Term Life | | | | | $1.87 | $10.54 |
| Holiday | | | 0.0000 | $0.0000 | $0.00 | $907.30 |
| Overtime | | | 8.6700 | $42.8400 | $371.42 | $1,450.36 |
| Personal Day | | | 8.0000 | $28.5600 | $228.48 | $228.48 |
| Preimum OT LB | | | | | $6.71 | $17.53 |
| Qtrly PerfBonus | | | 0.0000 | $0.0000 | $0.00 | $288.42 |
| Regular Pay | | | 73.6700 | $28.5600 | $2,104.02 | $11,106.85 |
| Renewal Bonus | 02/01/2021 | 02/28/2021 | | | $298.94 | $737.30 |
| Retroactive Pay | | | 0.0000 | $0.0000 | $0.00 | $70.97 |
| Sick Pay | | | 0.0000 | $0.0000 | $0.00 | $307.54 |
| Vacation | | | 0.0000 | $0.0000 | $0.00 | $1,230.15 |

| Total Hours Worked | 0.0000 | Total Hours | 90.3400 |
|---|---|---|---|

## Deductions

| | | Employee | | Employer | |
|---|---|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| Group Term Life | No | $1.87 | $10.54 | $0.00 | $0.00 |
| Pretax Dental | Yes | $28.74 | $172.44 | $9.58 | $57.48 |
| Pretax Medical | Yes | $256.01 | $1,536.06 | $475.44 | $2,852.64 |
| Vision | Yes | $6.42 | $38.52 | $2.15 | $12.90 |
| Basic Life | No | $0.00 | $0.00 | $1.78 | $10.58 |
| ER Burden Rate | No | $0.00 | $0.00 | $150.57 | $819.20 |
| Long Term Disab | No | $0.00 | $0.00 | $4.95 | $29.40 |
| Short Term Disa | No | $0.00 | $0.00 | $7.64 | $45.40 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $281.82 | $1,418.96 |
| Employee Medicare | $39.45 | $212.24 |
| Social Security Employee Tax | $168.65 | $907.49 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxREDACTED | Checking | $2,228.48 |
| Total | | $2,228.48 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $3,011.44 | $2,720.27 | $489.92 | $293.04 | $2,228.48 |
| YTD | $16,384.00 | $14,636.98 | $2,538.69 | $1,757.56 | $12,087.75 |

Case 1:15-cr-00252-PKC-RML   Document 1522   Filed 04/12/21   Page 6 of 6 PageID #: 26490

REDACTED

**Pay Statement**

| | |
|---|---|
| Period Start Date | 02/20/2021 |
| Period End Date | 03/05/2021 |
| Pay Date | 03/12/2021 |
| Document | 406975 |
| Net Pay | $1,931.29 |

## Pay Details

JOSE ARIZA
REDACTED
REDACTED TX
REDACTED USA

| | |
|---|---|
| Employee Number | REDACTED |
| SSN | XXX-XX-XXXX |
| Job | Service Manager |
| Pay Rate | $28.5600 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| Pay Group | 5 Owned |
| Location | REDACTED |
| Site | 4610 - REDACTED |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Drive Time | 0.0000 | $0.0000 | $0.00 | $28.56 |
| Group Term Life | | | $1.87 | $8.67 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $907.30 |
| Overtime | 5.5000 | $42.8400 | $235.62 | $1,078.94 |
| Preimum OT LB | 0.0000 | $0.0000 | $0.00 | $10.82 |
| Qtrly PerfBonus | 0.0000 | $0.0000 | $0.00 | $288.42 |
| Regular Pay | 80.0000 | $28.5600 | $2,284.80 | $9,002.83 |
| Renewal Bonus | 0.0000 | $0.0000 | $0.00 | $438.36 |
| Retroactive Pay | 0.0000 | $0.0000 | $0.00 | $70.97 |
| Sick Pay | 3.0000 | $28.5600 | $85.68 | $307.54 |
| Vacation | 0.0000 | $0.0000 | $0.00 | $1,230.15 |

Total Hours Worked  0.0000    Total Hours  88.5000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Group Term Life | No | $1.87 | $8.67 | $0.00 | $0.00 |
| Pretax Dental | Yes | $28.74 | $143.70 | $9.58 | $47.90 |
| Pretax Medical | Yes | $256.01 | $1,280.05 | $475.44 | $2,377.20 |
| Vision | Yes | $6.42 | $32.10 | $2.15 | $10.75 |
| Basic Life | No | $0.00 | $0.00 | $1.78 | $8.80 |
| ER Burden Rate | No | $0.00 | $0.00 | $130.40 | $668.63 |
| Long Term Disab | No | $0.00 | $0.00 | $4.95 | $24.45 |
| Short Term Disa | No | $0.00 | $0.00 | $7.64 | $37.76 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $206.40 | $1,137.14 |
| Employee Medicare | $33.59 | $172.79 |
| Social Security Employee Tax | $143.65 | $738.84 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxREDACTED | Checking | $1,931.29 |
| Total | | $1,931.29 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,607.97 | $2,316.80 | $383.64 | $293.04 | $1,931.29 |
| YTD | $13,372.56 | $11,916.71 | $2,048.77 | $1,464.52 | $9,859.27 |