# Gary L. Cutler, P.C.

Attorney-At-Law
160 Broadway, Suite 600
New York, NY  10024

Tel.: (917) 628-9062
Email: garycutlerlaw@gmail.com

August 12, 2021

Hon. Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  United States v. Reynaldo Vasquez, 15-cr 252 (S-3) (PKC)

Dear Judge Chen:

I represent Mr. Reynaldo Vasquez in the above-referenced case.  I write regarding the status conference scheduled for August 17 at 11 am.  Mr. Vasquez is on home detention in the Houston, Texas area.  I respectfully request that he be allowed to participate in the status conference by telephone.

It would be an extreme hardship for Mr. Vasquez to appear in person.  He has no identification to get on an airplane and no resources to do so.  He would have to travel by bus from Houston to Brooklyn to attend in person.  To do so, would likely require a string of transfers and some overnight stays.  The bus trip would be a lengthy and arduous trip.

As a result, I respectfully request that Mr. Vasquez be allowed to participate by telephone.

Sincerely,

Gary L. Cutler, P.C.

By:    _/s/ Gary L. Cutler____
Gary L. Cutler

So Ordered:

_____
Hon. Pamela K. Chen
United States District Court Judge