# Gary L. Cutler, P.C.

Attorney-At-Law
160 Broadway, Suite 600
New York, NY 10024

Tel.: (917) 628-9062
Email: garycutlerlaw@gmail.com

August 16, 2021

Hon. Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: <u>United States v. Reynaldo Vasquez</u>, 15-cr 252 (S-3) (PKC)

Dear Judge Chen:

     I represent Mr. Reynaldo Vasquez in the above-referenced case. We write to respectfully request a plea date in this case. By consent with the government, we respectfully request a date in the range of August 23 to August 31 if that meets with the Court's schedule.

     Given the situation with COVID and the enhanced dangers of flying, as well as with Mr. Vasquez's inability to fly to attend the plea hearing due to his lack of identification, we respectfully request a plea hearing by videoconference with Mr. Vasquez. Mr. Vasquez consents to a plea by videoconference. The government also consents to the videoconference plea.

Sincerely,

Gary L. Cutler, P.C.

By:    /s/ Gary L. Cutler____
        Gary L. Cutler

So Ordered:

_____
Hon. Pamela K. Chen
United States District Court Judge