# Gary L. Cutler, P.C.

Attorney-At-Law
160 Broadway, 10th Floor, East Building
New York, NY 10024

Tel.: (212) 227-4358
Cell: (917) 628-9062
Email: garycutlerlaw@gmail.com


May 31, 2022

Hon. Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Reynaldo Vasquez, 15-cr 252 (S-3) (PKC)

Dear Judge Chen:

I represent Mr. Reynaldo Vasquez in the above-referenced case. Recently, Probation Officer Jennifer Fisher wrote to the Court to request an adjournment of the sentencing. Please note Mr. Vasquez's objection to an adjournment.

Sincerely,

Gary L. Cutler, P.C.

By: _/s/ Gary L. Cutler____
Gary L. Cutler

cc: AUSA Samuel Nitze (via CM/ECF)
Counsel of Record (via CM/ECF)
Probation Officer Jennifer Fisher (via Email)