**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of December, two thousand twenty-two.

_____

United States of America,

        Appellee,

v.

Reynaldo Vasquez,

        Defendant - Appellant.
_____

**ORDER**

Docket No. 22-2985

Appellant moves to withdraw the above-captioned appeal. The Government does not oppose this request.

IT IS HEREBY ORDERED that the motion is GRANTED. The appeal is deemed WITHDRAWN.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 12/16/2022